AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Patrick W. Brown

*Plaintiff(s)*

v.

Jason R. Williams, in his official capacity as Orleans Parish District Attorney

*Defendant(s)*

Civil Action No.   24-423 R (4)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Orleans Parish District Attorney
ATTN: Jason R. Williams
619 South White Street
New Orleans, LA 70119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Chloe M. Chetta
Barrasso Usdin
909 Poydras Street, Suite 2350
New Orleans LA 70112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
*Name of clerk of court*

Date: Feb 20 2024

*Deputy clerk's signature*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ORLEANS PARISH DISTRICT ATTORNEY
was received by me on *(date)* 2/20/24 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* NED McGOWAN , who is designated by law to accept service of process on behalf of *(name of organization)* ORLEANS PARISH DISTRICT ATTORNEY on *(date)* 2/21/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/21/24

*Server's signature*

DAVID DAY / PROCESS SERVER
*Printed name and title*

PO Box 56972, NOLA
*Server's address*

Additional information regarding attempted service, etc: