UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK W. BROWN,<br><br>  *Plaintiff*,<br><br>v.<br><br>JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney,<br><br>  *Defendant*. | Civil Action No. 24-00423<br><br>Section R<br>Judge Sarah S. Vance<br><br>Division 4<br>Magistrate Judge Karen Wells Roby |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Pursuant to Local Rule 7.8, Jason R. Williams, in his official capacity as Orleans Parish District Attorney, through undersigned counsel, appearing only for purposes of this motion and without waiving any rights or defenses, respectfully requests a 21-day extension of the time to file a response to the Complaint filed by Plaintiff Patrick Brown.

A representative of the Orleans Parish District Attorney's Office was served with a copy of the Complaint on February 21, 2024. *See* Doc. No. 4. Federal Rule of Civil Procedure 12(a)(1)(A)(i) provides that a response is due by March 13, 2024. Mr. Williams and undersigned counsel certify that there has been no previous extension of the time to file responsive pleadings and that Mr. Brown has not filed in the record an objection to an extension of time. Accordingly, pursuant to Local Rule 7.8, Mr. Williams is entitled to a 21-day extension of time, which would make responsive pleadings due on April 3, 2024.

Respectfully submitted,

 /s/ Matthew J. Paul
W. Raley Alford, III, 27354, T.A.
Matthew J. Paul, 37004
STANLEY REUTER THORNTON ALFORD LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069
wra@stanleyreuter.com
mjp@stanleyreuter.com

*Counsel for Jason R. Williams (in his official capacity as Orleans Parish District Attorney)*