UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK W. BROWN,<br><br>    *Plaintiff*,<br><br>v.<br><br>JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney,<br><br>    *Defendant*. | Civil Action No. 24-00423<br><br>Section R<br>Judge Sarah S. Vance<br><br>Division 4<br>Magistrate Judge Karen Wells Roby |

## ORDER

Considering the *Ex Parte* Motion for Extension of Time to File Responsive Pleadings, filed by Jason R. Williams, in his official capacity as Orleans Parish District Attorney;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**, and that the deadline for Mr. Williams to file a response to the Complaint filed by Plaintiff Patrick Brown is hereby extended by 21 days, to April 3, 2024.

New Orleans, Louisiana, this _____ day of March, 2024

_____
UNITED STATES DISTRICT JUDGE