# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK W. BROWN, | Civil Action No. 24-00423 |
| *Plaintiff*, | |
| v. | Section R |
| | Judge Sarah S. Vance |
| JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney, | Division 4 |
| | Magistrate Judge Karen Wells Roby |
| *Defendant*. | |

## ORDER

Considering the *Ex Parte* Motion for Extension of Time to File Responsive Pleadings, filed by Jason R. Williams, in his official capacity as Orleans Parish District Attorney;

**IT IS ORDERED** that the motion is **GRANTED**, and that the deadline for Mr. Williams to file a response to the Complaint filed by Plaintiff Patrick Brown is extended by 21 days, to April 3, 2024.

New Orleans, Louisiana, this __1st__ day of March, 2024

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE