UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK W. BROWN,<br><br>　　*Plaintiff*,<br><br>v.<br><br>JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney,<br><br>　　*Defendant*. | Civil Action No. 24-00423<br><br>Section R<br>Judge Sarah S. Vance<br><br>Division 4<br>Magistrate Judge Karen Wells Roby |

## *EX PARTE* MOTION TO EXCEED PAGE LIMIT

Jason R. Williams, in his official capacity as Orleans Parish District Attorney, through undersigned counsel, respectfully requests leave pursuant to Local Civil Rule 7.7 to file a Memorandum in Support of Motion to Dismiss that exceeds the 25-page limit established by the Local Rules.

The District Attorney's Office is filing a motion to dismiss Plaintiff Patrick Brown's § 1983 municipal-liability claims on the ground that the alleged actions and policies he complains of are attributable, as a matter of law, to the State of Louisiana. These arguments are based on a change in the applicable law brought about by the 2022 *en banc* decision in *Daves v. Dallas County*, 22 F.4th 522 (5th Cir. 2022) (en banc). The motion requires a discussion of the complex subjects of § 1983 municipal liability and Eleventh Amendment sovereign immunity, as well as the change in jurisprudence caused by *Daves* and the ways in which that change has been confirmed in subsequent decisions of the Fifth Circuit. The memorandum also includes a detailed discussion of five recent decisions of other sections of this Court, which have rejected the same arguments that are being advanced in the present motion. Notwithstanding efforts to be concise, the memorandum runs to 30 pages and therefore exceeds the limit by five pages. The District

Attorney's Office respectfully submits that a complete and thorough presentation of the issues will assist the Court in its consideration of the motion.

        Respectfully submitted,

        */s/ Matthew J. Paul*
        W. Raley Alford, III, 27354
        Matthew J. Paul, 37004
        STANLEY REUTER THORNTON ALFORD LLC
        909 Poydras Street, Suite 2500
        New Orleans, Louisiana 70112
        Telephone: (504) 523-1580
        Facsimile:  (504) 524-0069
        wra@stanleyreuter.com
        mjp@stanleyreuter.com

        *Counsel for Jason R. Williams (in his official capacity as Orleans Parish District Attorney)*