UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK W. BROWN,<br><br>　　*Plaintiff*,<br><br>v.<br><br>JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney,<br><br>　　*Defendant*. | Civil Action No. 24-00423<br><br>Section R<br>Judge Sarah S. Vance<br><br>Division 4<br>Magistrate Judge Karen Wells Roby |

### ORDER

Considering the *Ex Parte* Motion to Exceed Page Limit filed by Defendant Jason Williams, in his official capacity as Orleans Parish District Attorney;

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Memorandum in Support of Motion to Dismiss shall be filed into the record, along with the Motion to Dismiss for Failure to State a Claim and the notice of submission.

New Orleans, Louisiana, this _____ day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE