UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK W. BROWN, | Civil Action No. 24-00423 |
| *Plaintiff*, | |
| v. | Section R<br>Judge Sarah S. Vance |
| JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney, | Division 4<br>Magistrate Judge Karen Wells Roby |
| *Defendant*. | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Defendant Jason R. Williams, in his official capacity as Orleans Parish District Attorney, through undersigned counsel, has filed a Motion to Dismiss for Failure to State a Claim, seeking dismissal of Plaintiff Patrick Brown's claim pursuant to Federal Rule of Civil Procedure 12(b)(6). This motion will be submitted for decision on May 1, 2024, at 10:00 a.m., or as soon thereafter as the Court's docket permits, before the Honorable Sarah S. Vance, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

*/s/ Matthew J. Paul*
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
STANLEY REUTER THORNTON ALFORD LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069
wra@stanleyreuter.com
mjp@stanleyreuter.com

*Counsel for Jason R. Williams (in his official capacity as Orleans Parish District Attorney)*