UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK W. BROWN | ) | |
| | ) | Case No. 2:24-cv-00423-SSV-KWR |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | JUDGE:  SARAH S. VANCE |
| JASON R. WILLIAMS, in his official capacity as | ) | |
| Orleans Parish District Attorney, | ) | |
| | ) | MAGISTRATE JUDGE: KAREN |
| Defendant. | ) | WELLS ROBY |
| | ) | |

## UNOPPOSED MOTION TO CONTINUE SUBMISSION DATE

Plaintiff Patrick W. Brown respectfully moves this Court for a continuance of the May 1, 2024 submission date for defendant Jason R. Williams' Motion to Dismiss for Failure to State a Claim (R. Doc. 11) to the Court's next available setting, May 15, 2024.

Counsel for defendant confirmed that he has no opposition to this short continuance.

Respectfully submitted,

  _s/ Chloé M. Chetta_____
William Most, La. Bar No. 36914, T.A.
Caroline Gabriel, La. Bar No. 38224
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685 New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

and

Chloé M. Chetta, 37070, T.A.
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras St., Suite 2350
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
cchetta@barrassousdin.com