UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK W. BROWN | ) | |
| | ) | Case No. 2:24-cv-00423-SSV-KWR |
| Plaintiff, | ) | |
| vi. | ) | |
| | ) | JUDGE:  SARAH S. VANCE |
| JASON R. WILLIAMS, in his official capacity as | ) | |
| Orleans Parish District Attorney, | ) | |
| | ) | MAGISTRATE JUDGE: KAREN |
| Defendant. | ) | WELLS ROBY |
| | ) | |

### ORDER

Considering plaintiff Patrick W. Brown's Unopposed Motion to Continue Submission Date;

IT IS HEREBY ORDERED that the Motion be and hereby is GRANTED. The submission date for defendant Jason R. Williams' Motion to Dismiss for Failure to State a Claim (R. Doc. 11) will be continued to May 15, 2024.

_____
JUDGE SARAH S. VANCE