UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK W. BROWN ) | |
| ) | Case No. 2:24-cv-00423-SSV-KWR |
| Plaintiff, ) | |
| vi. ) | |
| ) | JUDGE: SARAH S. VANCE |
| JASON R. WILLIAMS, in his official capacity as ) | |
| Orleans Parish District Attorney, ) | |
| ) | MAGISTRATE JUDGE: KAREN |
| Defendant. ) | WELLS ROBY |
| ) | |

## ORDER

Considering plaintiff Patrick W. Brown's Unopposed Motion to Continue Submission Date;

IT IS ORDERED that the Motion be and is GRANTED. The submission date for defendant Jason R. Williams' Motion to Dismiss for Failure to State a Claim (R. Doc. 11) will be continued to May 15, 2024.

New Orleans, Louisiana, __18th__ day of April, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE