UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK W. BROWN | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CASE NO: 24-cv-423 |
| | ) | |
| JASON R. WILLIAMS | ) | SECTION: "R" (4) |
| Defendant. | ) | |

### O R D E R

Considering the response to be good and sufficient pursuant to L.S.A.-R.S. 46:56(H) and Children's Code Art. 615(E),

**IT IS ORDERED** that the subpoena issued to the Department of Children & Family Services is hereby satisfied.

New Orleans, Louisiana, this ___18th___ day of _____April_____, 2024.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE