UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN ) | |
| ) | Civil Action No. 24-00423 |
| *Plaintiff*, ) | |
| v. ) | Section R |
| ) | Judge Sarah S. Vance |
| JASON R. WILLIAMS, in his official capacity as ) | |
| Orleans Parish District Attorney, ) | Division 4 |
| ) | Magistrate Judge Karen Wells Roby |
| *Defendant*. ) | |
| ) | |

## Consent Motion to Continue Submission Date

Plaintiff Patrick W. Brown respectfully moves this Court for a continuance of the May 15, 2024 submission date for defendant Jason R. Williams' Motion to Dismiss for Failure to State a Claim (R. Doc. 11) to the Court's next available setting, May 29, 2024.

The reason for the continuance is that Plaintiff intends to seek leave of court to amend his complaint. If granted, Defendant Williams Motion to Dismiss would be formally mooted, but could be re-urged.

Defendant consents to the extension of the submission date.

Respectfully submitted,

/s/ *William Most*
William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

and

Chloé M. Chetta, 37070
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.

1

2

909 Poydras St., Suite 2350
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
cchetta@barrassousdin.com