UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICK BROWN                                         )
                                                      )          Civil Action No. 24-00423
          *Plaintiff*,                                )
    v.                                                )          Section R
                                                      )          Judge Sarah S. Vance
JASON R. WILLIAMS, in his official capacity as )
Orleans Parish District Attorney,                     )
                                                      )          Division 4
                                                      )          Magistrate Judge Karen Wells Roby
          *Defendant*.                                )
                                                      )

## ORDER

Considering the foregoing *Consent Motion to Continue Submission Date* filed by the

Plaintiff Patrick Brown;

IT IS ORDERED that the motion is GRANTED. The submission date for defendant Jason

R. Williams' Motion to Dismiss for Failure to State a Claim (R. Doc. 11) shall be CONTINUED

to the Court's next available setting, May 29, 2024.

NEW ORLEANS, LOUISIANA, on this ___6th___ day of _____May_____, 2024.


_____
              SARAH S. VANCE
       UNITED STATES DISTRICT JUDGE