UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN ) | |
| ) | Civil Action No. 24-00423 |
| *Plaintiff*, ) | |
| v. ) | Section R |
| ) | Judge Sarah S. Vance |
| JASON R. WILLIAMS, in his official capacity as ) | |
| Orleans Parish District Attorney, ) | Division 4 |
| ) | Magistrate Judge Karen Wells Roby |
| *Defendant*. ) | |
| ) | |

## Motion to File First Amended Complaint

On February 19, 2024, Plaintiff Patrick Brown filed this civil rights suit against the Orleans Parish District Attorney because of how that office prosecuted him for a child rape he did not commit while withholding exculpatory information. R. Doc. 1.

In the subsequent months, Plaintiffs legal team has continued its investigation. That team has uncovered documents and information it previously did not possess, such as a complete transcript of Mr. Brown's trial.

Accordingly, Plaintiff asks for leave to amend his complaint to add additional defendants, factual allegations, and legal claims. The proposed pleading is attached as Exhibit A.

Because there is no undue delay, bad faith, dilatory motive, repeated failures to cure deficiencies, or any other reason to deny, Plaintiff asks that the motion be granted. Defendant Williams does not consent to this amendment.

Respectfully submitted,

/s/ *William Most*
William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

Chloé M. Chetta, 37070
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St., Suite 2350
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
cchetta@barrassousdin.com

1