UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN ) | |
| ) | Civil Action No. 24-00423 |
| *Plaintiff*, ) | |
| v. ) | Section R |
| ) | Judge Sarah S. Vance |
| JASON R. WILLIAMS, in his official capacity as ) | |
| Orleans Parish District Attorney, ) | Division 4 |
| ) | Magistrate Judge Karen Wells Roby |
| *Defendant*. ) | |
| ) | |

**Motion for Leave to File First Amended Complaint**

On February 19, 2024, Plaintiff Patrick Brown filed this civil rights suit against the Orleans Parish District Attorney because of how that office prosecuted him for a child rape he did not commit while withholding exculpatory information. R. Doc. 1.

In the subsequent months, Plaintiffs legal team has continued its investigation. That team has uncovered documents and information it previously did not possess, such as a complete transcript of Mr. Brown's trial.

Accordingly, Plaintiff asks for leave to amend his complaint to add additional defendants, factual allegations, and legal claims. The proposed pleading is attached as Exhibit A.

Defendant Williams does not consent to this amendment.

### A.  Legal Standard

Where, as here, a party seeks leave to amend more than twenty-one days after serving its pleading, service of a responsive pleading, or service of a motion under Rules 12(b), (e), or (f), it may do so "only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(1), (2). "The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(2). Rule 15(a) "requires the trial court to grant leave to amend freely, and the language of this rule

1

evinces a bias in favor of granting leave to amend." *Lyn–Lea Travel Corp. v. Am. Airlines*, 283 F.3d 282, 286 (5th Cir. 2002) (citation and internal quotation marks omitted).

"[A]bsent a 'substantial reason' such as undue delay, bad faith, dilatory motive, repeated failures to cure deficiencies, or undue prejudice to the opposing party, 'the discretion of the district court is not broad enough to permit denial.'" *Mayeaux v. Louisiana Health Serv. & Indem. Co.*, 376 F.3d 420, 425 (5th Cir. 2004) (*quoting Dussouy v. Gulf Coast Inv. Corp.*, 660 F.2d 594, 598 (5th Cir. 1981)).

**B.  The motion should be granted because there has been no undue delay by Plaintiff nor any other reason to deny leave to amend.**

Generally, leave to amend should be granted unless there is undue delay, bad faith, dilatory motive, repeated failures to cure deficiencies, undue prejudice, *etc. Mayeaux, supra,* 376 F.3d 420, 425. *See also Rachman Bag Co. v Liberty Mut. Ins. Co.*, 46 F.3d 230, 235 (2d Cir. 1995) (allowing amendment of complaint four years into lawsuit even though the "principal issue in the case changed several times").

Here, Plaintiff proposes to add additional defendants, factual allegations, and legal claims, but the principal issue in the case is the same: the unlawful workings of the Orleans criminal punishment system to arrest and convict him for a crime he did not commit. And there is no undue delay, bad faith, dilatory motive, repeated failures to cure deficiencies, or undue prejudice on the part of Plaintiff. The case has only begun a few months ago, and substantial discovery has not yet occurred. There is no trial date set yet, and the proposed amendment will not delay the progress of the case. Defendant Williams has not yet filed an answer, and so would not have to re-do factual admissions and denials. Although the pending Motion to Dismiss (R. Doc. 11) will be formally mooted, Defendant Williams can re-urge it.

2

### C.     Conclusion

For the reasons described above, Plaintiff request that the motion be granted, and that he be allowed leave to file his First Amended Complaint.

Respectfully submitted,

/s/ *William Most*
William Most, La. Bar No. 36914
Caroline Gabriel, La. Bar No. 38224
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

Chloé M. Chetta, 37070
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St., Suite 2350
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
cchetta@barrassousdin.com