UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN ) | |
| ) | Civil Action No. 24-00423 |
| *Plaintiff*, ) | |
| v. ) | Section R |
| ) | Judge Sarah S. Vance |
| JASON R. WILLIAMS, in his official capacity as ) | |
| Orleans Parish District Attorney, ) | Division 4 |
| ) | Magistrate Judge Karen Wells Roby |
| *Defendant*. ) | |
| ) | |

## **ORDER**

Considering the foregoing *Motion for Leave to File First Amended Complaint* filed by the Plaintiff Patrick Brown;

It is hereby ordered that the motion is GRANTED. Plaintiff's proposed First Amended Complaint shall be filed into the record.

THUS DONE AND ORDERED in NEW ORLEANS, LOUISIANA, on this _____ day of _____, 2024.

_____

1