UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN ) | |
| ) | Civil Action No. 24-00423 |
| *Plaintiff*, ) | |
| v. ) | Section R |
| ) | Judge Sarah S. Vance |
| JASON R. WILLIAMS, in his official capacity as ) | |
| Orleans Parish District Attorney, ) | Division 4 |
| ) | Magistrate Judge Karen Wells Roby |
| *Defendant*. ) | |
| ) | |

**Notice of Submission**

Plaintiff's Motion for Leave to File First Amended Complaint shall be submitted to the Court on May 22, 2024.

Respectfully submitted,

/s/ *William Most*

| | |
|---|---|
| William Most, La. Bar No. 36914 | Chloé M. Chetta, 37070 |
| Caroline Gabriel, La. Bar No. 38224 | BARRASSO USDIN KUPPERMAN |
| MOST & ASSOCIATES | FREEMAN & SARVER, L.L.C. |
| 201 St. Charles Ave., Ste. 2500, #9685 | 909 Poydras St., Suite 2350 |
| New Orleans, LA 70170 | New Orleans, Louisiana 70112 |
| T: (504) 509-5023 | Telephone: (504) 589-9700 |
| williammost@gmail.com | cchetta@barrassousdin.com |

1