UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK W BROWN | CIVIL ACTION |
| VERSUS | NO. 24-423 |
| JASON R WILLIAMS, ET AL. | SECTION "R" (4) |

## ORDER

Before the Court is defendant Jason R. Williams' motion to dismiss plaintiff's original complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.[1] Plaintiff has since filed an amended complaint.[2]

Williams has fourteen days (14) days, or until **June 11, 2024**, to notify the Court whether he intends to challenge the sufficiency of the amended complaint. If so, Williams may choose to redirect his motion to dismiss as initially filed, without alteration, to the amended complaint, or to supplement his motion to dismiss to address the allegations in the amended complaint.

If Williams seeks dismissal of the amended complaint, plaintiff has seven days, or until **June 18, 2024**, to respond to the Williams'

---

[1] R. Doc. 11.
[2] R. Doc. 20.

supplemented filing. The motion to dismiss, as supplemented, will be deemed submitted on **June 26, 2024**.

New Orleans, Louisiana, this __28th__ day of May, 2024.

_____Sarah Vance_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE