

# Harry J. Connick
# District Attorney of New Orleans
## State of Louisiana

CAMILLE G. BURAS
FIRST ASSISTANT DISTRICT ATTORNEY

March 14, 1994

619 SOUTH WHITE STREET
NEW ORLEANS, LOUISIANA 70119
504/822-2414

Ms. L█████ B███
████████████████████

Dear L███████

    I am presently reviewing a case in which you are the victim. Attached to this letter is a subpoena requesting you to appear in my office at 619 S. White Street on March 19, 1994, at 11:30 a.m. If you cannot be present at that time, please contact me at 827-7316 or 822-2414 so that another appointment can be arranged. Failure to call or contact me or your not appearing on the scheduled date will result in this case being dismissed by our office.

    Please refer to the following information when you call:

DEFENDANT:       Patrick Brown

MAGISTRATE NO.:  M279-473

Thank you,

David P. Wolff
Assistant District Attorney

:lr
Enclosed: Subpoena

**EXHIBIT 1**

OFFICE OF DISTRICT ATTORNEY

# Criminal District Court for the Parish of Orleans

To L███ .B███ .......................................................... Greeting:

████████████.............................................................................

YOU ARE HEREBY NOTIFIED to appear before the District Attorney in the Criminal District Court for the Parish of Orleans, on the ...... 19th ....... day of ........ March ............ in the year of our Lord, 19 94.. at .11:30. o'clock ......... A.M., to testify to the truth according to your knowledge in such matters as may be required of you.

On arriving at .619 S. White St. ... you will report to ...... David Wolff ....................

HARRY F. CONNICK, DISTRICT ATTORNEY

Office, 619 South White St.

............[signature]............ Assistant District Attorney

J-28