### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PATRICK BROWN,** | § | |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| **vs.** | § | **CIVIL ACTION NO. 24-423 "R" (4)** |
| | § | |
| **JASON R. WILLIAMS, IN HIS OFFICIAL** | § | |
| **CAPACITY AS ORLEANS PARISH** | § | |
| **DISTRICT ATTORNEY, et al.,** | § | |
| **Defendant(s).** | § | |

## RETURN OF SERVICE

Came to my hand on **Wednesday, June 5, 2024 at 3:00 PM,**
Executed at: **425 EAST LAMAR BOULEVARD, APARTMENT #176, ARLINGTON, TX 76011**
at **11:45 AM, on Wednesday, June 12, 2024,** by individually and personally delivering to the within
named:

### CATHEY CARTER

a true copy of this

### SUMMONS IN A CIVIL ACTION and FIRST AMENDED COMPLAINT

having first endorsed thereon the date of the delivery.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of
Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am
not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never
been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil
Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the
Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice
Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

**My name is Danny L. Haney, my date of birth is March 27, 1958 and my business address is 5470 L.B.J.
Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of
perjury that the foregoing is true and correct.**

Executed in Dallas County, State of Texas, on Thursday, June 13, 2024

By:

Danny L. Haney - PSC 566 - Exp 03/31/26
served@specialdelivery.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| **BROWN** | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  24-423 "R"(4) |
| | ) | |
| **WILLIAMS** | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

  CATHEY CARTER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Chloe M. Chetta
                                                                                                          Barrasso Usdin
                                                                                                          909 Poydras Street, Suite 2350
                                                                                                          New Orleans LA 70112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
*Name of clerk of court*

_____
*Deputy Clerk's Signature*

Date:  **May 24 2024**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  24-423 "R"(4)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                            .

❒ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____  ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____  ; or

❒ I returned the summons unexecuted because _____  ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

RETURN / AFFIDAVIT
PROOF / ATTACHED

RETURN / AFFIDAVIT
PROOF / ATTACHED