UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN ) | |
| ) | Civil Action No. 24-00423 |
| *Plaintiff*, ) | |
| v. ) | Section R |
| ) | Judge Sarah S. Vance |
| JASON R. WILLIAMS, in his official capacity as ) | |
| Orleans Parish District Attorney, ) | Division 4 |
| ) | Magistrate Judge Karen Wells Roby |
| *Defendant*. ) | |
| ) | |

## ORDER

Considering the foregoing *Consent Motion to Continue Submission Date* filed by the Plaintiff Patrick Brown;

It is hereby ordered that the motion is GRANTED. The submission date for defendant Jason R. Williams' Motion to Dismiss for Failure to State a Claim (R. Doc. 24) shall be continued to the Court's next available setting, July 10, 2024.

THUS DONE AND ORDERED in NEW ORLEANS, LOUISIANA, on this  17th  day of       June        , 2024.

_____
U.S. District Court, Hon. Sarah Vance

1