**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

PATRICK W. BROWN,

     *Plaintiff*,

v.

JASON R. WILLIAMS, in his official
capacity as Orleans Parish District Attorney,

     *Defendant*.

Civil Action No. 24-00423

Section R
Judge Sarah S. Vance

Division 4
Magistrate Judge Karen Wells Roby

## <u>MOTION TO DISMISS BY DAVID WOLFF</u>

Defendant David Wolff, through undersigned counsel, respectfully moves for dismissal of Plaintiff Patrick Brown's claims against him pursuant to Federal Rule of Civil Procedure 12(b)(6).

Mr. Wolff adopts OPDA's Supplemental Memorandum in Support of Motion to Dismiss for Failure to State a Claim (the "Supplemental Memo"), Doc. No. 24, in its entirety. As explained in the Supplemental Memo, Mr. Brown has not adequately alleged a claim against Mr. Wolff under the Fourteenth Amendment to the U.S. Constitution, under the Louisiana Constitution, or for the state-law torts of negligence or abuse of process. Mr. Wolff also hereby submits an additional supporting memorandum explaining that, even assuming for the sake of argument that Mr. Brown has stated a cognizable claim under one or more theories, Mr. Wolff is entitled to absolute prosecutorial immunity and qualified immunity. For all these reasons, the claims against Mr. Wolff must be dismissed with prejudice.

Respectfully submitted,

 /s/ Matthew J. Paul
W. Raley Alford, III, 27354, T.A.
Matthew J. Paul, 37004
STANLEY REUTER THORNTON ALFORD LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069
wra@stanleyreuter.com
mjp@stanleyreuter.com

*Counsel for David Wolff*