UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PATRICK BROWN** | * | **CIVIL ACTION NO: 24-cv-00423** |
| | * | |
| **VERSUS** | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **JASON R. WILLIAMS,** *ET AL.* | * | **MAGISTRATE JUDGE** |
| | * | **KAREN WELLS ROBY** |

**************************************

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Cathey Carter, through undersigned counsel, respectfully moves to dismiss all claims against her pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. Defendant Carter further expressly invokes her right to qualified immunity from suit concerning her official acts as a police officer, as well as her right to absolute immunity from liability for testimony given during Plaintiff's criminal trial. The allegations in Plaintiff's Amended Complaint, if true, are not sufficient to establish liability by Cathey Carter, either under 42 U.S.C. § 1983 or state law. For these reasons, as set forth more fully in the attached memorandum, Defendant Cathey Carter respectfully requests that this Honorable Court grant the instant motion and dismiss all claims against her with prejudice.

Respectfully Submitted:

/s/ William Goforth
**WILLIAM R.H. GOFORTH, LSB #33153**
DEPUTY CITY ATTORNEY
**MAX V. CAMP, LSB #34903**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**

CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 Perdido Street, Room 5E3
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Facsimile: (504) 658-9868
E-mail: wrgoforth@nola.gov
E-mail: mvcamp@nola.gov

*Counsel for Defendant, Cathey Carter*