## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PATRICK BROWN** | * | **CIVIL ACTION NO: 24-cv-00423** |
| | * | |
| **VERSUS** | * | **JUDGE SARAH S. VANCE** |
| | * | |
| **JASON R. WILLIAMS,** *ET AL.* | * | **MAGISTRATE JUDGE** |
| | * | **KAREN WELLS ROBY** |

**************************************

## NOTICE OF SUBMISSION

Please take notice of the submission of Defendant Cathey Carter's *Motion to Dismiss for Failure to State a Claim* to this Court, the Honorable Sarah Vance presiding, United States Courthouse, 500 Poydras Street, Courtroom C255, New Orleans, Louisiana, on the 7th day of August, 2024, at 10:00 a.m..

Respectfully submitted,

/s/ William Goforth
**WILLIAM R.H. GOFORTH, LSB #33153**
DEPUTY CITY ATTORNEY
**MAX V. CAMP, LSB #34903**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 Perdido Street, Room 5E3
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Facsimile: (504) 658-9868

E-mail: wrgoforth@nola.gov
E-mail: mvcamp@nola.gov

*Counsel for Defendant Cathey Carter*