UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK BROWN | ) | |
| | ) | Civil Action No. 24-00423 |
| *Plaintiff*, | ) | |
| v. | ) | Section R |
| | ) | Judge Sarah S. Vance |
| JASON R. WILLIAMS, in his official capacity as | ) | |
| Orleans Parish District Attorney, et al. | ) | Division 4 |
| | ) | Magistrate Judge Karen Wells Roby |
| *Defendants*. | ) | |
| | ) | |

### *Ex Parte* Motion for Leave to File Notice of Supplemental Authority Regarding Wolff's Motion to Dismiss (R. Doc. 31)

Now comes Plaintiff Patrick Brown to request leave of court to file a Notice of Supplemental Authority.

Specifically, in a motion to dismiss (R. Doc. 31), Defendant Wolff invoked the defense of qualified immunity. R. Doc. 31. Plaintiff responded (R. Doc. 33) in part by pointing to the "Notwithstanding Clause" contained in the original text of 42 U.S.C. § 1983.

On August 1, 2024, the Fifth Circuit issued a published decision addressing the "Notwithstanding Clause" issue. *Hankins v. Wheeler,* 23-30711, slip op. at *7 (5th Cir. 2024) (attached as Exhibit A).

Wherefore, Plaintiff asks that the attached Notice of Supplemental Authority be entered into the record.

Respectfully submitted,

/s/ *William Most*
Caroline Gabriel, La. Bar No. 38224
William Most, La. Bar No. 36914
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

1

and

Chloé M. Chetta, 37070
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St., Suite 2350
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
cchetta@barrassousdin.com