UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN ) | |
| ) | Civil Action No. 24-00423 |
| *Plaintiff*, ) | |
| v. ) | Section R |
| ) | Judge Sarah S. Vance |
| JASON R. WILLIAMS, in his official capacity as ) | |
| Orleans Parish District Attorney, et al. ) | Division 4 |
| ) | Magistrate Judge Karen Wells Roby |
| *Defendants*. ) | |
| ) | |

**ORDER**

Considering Plaintiff's *Ex Parte Motion for Leave to File Notice of Supplemental Authority Regarding Wolff's Motion to Dismiss*, the motion is GRANTED. Plaintiff's Notice of Supplemental Authority shall be entered into the record.

_____
JUDGE

1