UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK BROWN | ) | |
| | ) | Civil Action No. 24-00423 |
| *Plaintiff*, | ) | |
| v. | ) | Section R |
| | ) | Judge Sarah S. Vance |
| JASON R. WILLIAMS, in his official capacity as | ) | |
| Orleans Parish District Attorney, et al. | ) | Division 4 |
| | ) | Magistrate Judge Karen Wells Roby |
| *Defendants*. | ) | |
| | ) | |

**Notice of Supplemental Authority Regarding Wolff's Motion to Dismiss (R. Doc. 31)**

In a motion to dismiss, Defendant Wolff invoked the defense of qualified immunity. R.

Doc. 31. Plaintiff responded in part by pointing to the "Notwithstanding Clause" contained in the

original text of 42 U.S.C. § 1983, indicating that Congress explicitly declined to incorporate

common-law immunities. R. Doc. 33.

On August 1, 2024, the Fifth Circuit issued a published decision addressing the issue.

In *Hankins v. Wheeler,* 23-30711, slip op. at *7 (5th Cir. 2024), it wrote:

> Hankins argues that qualified immunity should be unavailable as a defense to a
> Section 1983 action or, at a minimum, should not bar full discovery. He points to
> the recent revelation that Section 1983 as originally enacted contained a
> "Notwithstanding Clause" that appears to abrogate common-law immunities. *See*
> Alexander Reinert, *Qualified Immunity's Flawed Foundation*, 111 Calif. L. Rev.
> 201, 207–08 (2023). As Judge Willett has explained, "[t]he Reviser of Federal
> Statutes made an unauthorized alteration to [that] language," which "was
> compounded when the various revised statutes were later published in the first
> United States Code" and "has never been corrected." *Rogers v. Jarrett*, 63 F.4th
> 971, 980 (5th Cir. 2023) (Willett, J., concurring). Whatever its merit, the argument
> is foreclosed because "[o]nly th[e] [Supreme] Court can definitively grapple with
> § 1983's enacted text and decide whether it means what it says—and what, if
> anything, that means for § 1983 immunity jurisprudence," *id*. at 981, and the Court
> has not done so.

The opinion is attached as Exhibit A.

Respectfully submitted,

/s/ *William Most*
Caroline Gabriel, La. Bar No. 38224
William Most, La. Bar No. 36914
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

and

Chloé M. Chetta, 37070
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St., Suite 2350
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700
cchetta@barrassousdin.com