UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN ) | |
| ) | Civil Action No. 24-00423 |
| *Plaintiff*, ) | |
| v. ) | Section R |
| ) | Judge Sarah S. Vance |
| JASON R. WILLIAMS, in his official capacity as ) | |
| Orleans Parish District Attorney, et al. ) | Division 4 |
| ) | Magistrate Judge Karen Wells Roby |
| *Defendants*. ) | |
| ) | |

*Ex Parte* **Motion for Leave to File Notice of Supplemental Authority Regarding Williams and Wolff's Motions to Dismiss (R. Docs. 11, 24, and 31)**

Now comes Plaintiff Patrick Brown to request leave of court to file a Notice of Supplemental Authority.

Specifically, in motions to dismiss, Defendants Jason Williams and David Wolff argued that the actions of the OPDA attorneys in prosecuting Plaintiff were attributable to the State of Louisiana, not OPDA. R. Doc. 11, 24, 31.

On September 13, 2024, Judge Brandon Long joined other sections of this court in ruling that the Fifth Circuit's "*Burge v. Parish of St. Tammany's* holding—[that] a Louisiana district attorney acts for her office when making *Brady* decisions—requires the Court to reject Williams's argument." *Dent v. Williams*, 23-cv-03104-BSL-KWR at *2 (E.D. La. Sept. 13, 2024).

Wherefore, Plaintiff asks that the attached Notice of Supplemental Authority be entered into the record.

Respectfully submitted,

/s/ *William Most*
Caroline Gabriel, La. Bar No. 38224
William Most, La. Bar No. 36914
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023

1

williammost@gmail.com

and

Chloé M. Chetta, 37070
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St., Suite 2350
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700
cchetta@barrassousdin.com