UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN,<br><br>    *Plaintiff*,<br>v.<br><br>JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney, et al.<br><br>    *Defendants*. | Civil Action No. 24-00423<br><br>Section R<br>Judge Sarah S. Vance<br><br>Division 4<br>Magistrate Judge Karen Wells Roby |

**Notice of Supplemental Authority Regarding Williams and Wolff's Motions to Dismiss (R. Docs. 11, 24, and 31)**

    This is a case involving the wrongful prosecution of Plaintiff Patrick Brown by the Orleans Parish District Attorney's Office (OPDA). In their motions to dismiss, Defendants Jason Williams and David Wolff argued that the actions of the OPDA attorneys in prosecuting Plaintiff were attributable to the State of Louisiana, not OPDA. R. Doc. 11, 24, 31. If that is true, they argue, they would not be "persons" subject to suit under 42 U.S.C. § 1983.

    Plaintiff responded by pointing out that that argument had been rejected by five Eastern District of Louisiana judges in "materially indistinguishable cases." R. Doc. 18 at 2.

    That number is now six. On September 13, 2024, Judge Brandon Long joined the other sections of this court in ruling that the Fifth Circuit's "*Burge v. Parish of St. Tammany's* holding—[that] a Louisiana district attorney acts for her office when making *Brady* decisions—requires the Court to reject Williams's argument." *Dent v. Williams*, 23-cv-03104-BSL-KWR, R. Doc. 28 at *2 (E.D. La. Sept. 13, 2024).

    Plaintiff suggests that the same result should follow in this case.

1

Respectfully submitted,

/s/ *William Most*
Caroline Gabriel, La. Bar No. 38224
William Most, La. Bar No. 36914
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

and

Chloé M. Chetta, 37070
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St., Suite 2350
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700
cchetta@barrassousdin.com