UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN ) | |
| ) | Civil Action No. 24-00423 |
| *Plaintiff*, ) | |
| v. ) | Section R |
| ) | Judge Sarah S. Vance |
| JASON R. WILLIAMS, in his official capacity as ) | |
| Orleans Parish District Attorney, et al. ) | Division 4 |
| ) | Magistrate Judge Karen Wells Roby |
| *Defendants*. ) | |
| ) | |

***Ex Parte* Motion for Leave to File Notice of Supplemental Authority Regarding Williams and Wolff's Motions to Dismiss (R. Docs. 11, 24, and 31)**

Now comes Plaintiff Patrick Brown to request leave of court to file an unobjected-to Notice of Supplemental Authority.

Specifically, in motions to dismiss, Defendants Jason Williams and David Wolff argued that the actions of the OPDA attorneys in prosecuting Plaintiff were attributable to the State of Louisiana, not OPDA. R. Doc. 11, 24, 31.

On September 13, 2024, Judge Brandon Long joined other sections of this court in ruling that the Fifth Circuit's "*Burge v. Parish of St. Tammany's* holding—[that] a Louisiana district attorney acts for her office when making *Brady* decisions—requires the Court to reject Williams's argument." *Dent v. Williams*, 23-cv-03104-BSL-KWR at *2 (E.D. La. Sept. 13, 2024).

Counsel for Williams and Wolff confirmed that they have no objection to this filing.

Wherefore, Plaintiff asks that the attached Notice of Supplemental Authority be entered into the record.

Respectfully submitted,

/s/ *William Most*
Caroline Gabriel, La. Bar No. 38224
William Most, La. Bar No. 36914
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685

1

        New Orleans, LA 70170
        T: (504) 509-5023
        williammost@gmail.com

        and

        Chloé M. Chetta, 37070
        BARRASSO USDIN KUPPERMAN
        FREEMAN & SARVER, L.L.C.
        909 Poydras St., Suite 2350
        New Orleans, Louisiana 70112
        Telephone: (504) 589-9700
        cchetta@barrassousdin.com