UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN ) | |
| ) | Civil Action No. 24-00423 |
| *Plaintiff*, ) | |
| v. ) | Section R |
| ) | Judge Sarah S. Vance |
| JASON R. WILLIAMS, in his official capacity as ) | |
| Orleans Parish District Attorney, et al. ) | Division 4 |
| ) | Magistrate Judge Karen Wells Roby |
| *Defendants*. ) | |
| ) | |

## ORDER

Considering Plaintiff's *Ex Parte Motion for Leave to File Notice of Supplemental Authority*, the motion is GRANTED. Plaintiff's Notice of Supplemental Authority shall be entered into the record.

New Orleans, Louisiana, this  17th  day of September, 2024.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

1