UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK W. BROWN | CIVIL ACTION |
| VERSUS | NO. 24-423 |
| JASON R. WILLIAMS, ET AL. | SECTION "R" (4) |

### O R D E R

A review of the record indicates that service of the complaint has been made upon the defendant, City of New Orleans, and the time to file responsive pleadings has expired.

Accordingly,

IT IS ORDERED that on or before March 10, 2025, a responsive pleading shall be obtained or preliminary default on the served defendant. Failure to do so may result in the DISMISSAL of any such defendant, for failure to prosecute, without further notice.

New Orleans, Louisiana, this  11th  day of February, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE