## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **PATRICK BROWN** | * | **CIVIL ACTION** |
|  | * | **NO. 24-cv-00423** |
|  | * |  |
| **VERSUS** | * | **JUDGE SARAH S. VANCE** |
|  | * |  |
| **JASON R. WILLIAMS,** *ET AL.* | * | **MAGISTRATE JUDGE** |
|  | * | **KAREN WELLS ROBY** |
|  | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER AND AFFIRMATIVE DEFENSES
## BY DEFENDANT CITY OF NEW ORLEANS

**NOW INTO COURT**, through undersigned counsel, comes Defendant City of New Orleans ("City"), who respectfully submits the following Answer and Affirmative Defenses in response to the First Amended Complaint filed by Plaintiff Patrick Brown in the above-captioned matter:

### DEFENDANT ASSERTS THE FOLLOWING AFFIRMATIVE DEFENSES:

### FIRST DEFENSE

Plaintiff's First Amended Complaint fails to state a right, cause, or claim upon which relief can be granted against the Defendant.

### SECOND DEFENSE

The allegations made by Plaintiff, even if proven, do not demonstrate the deprivation of a federally protected constitutional right**.**

## THIRD DEFENSE

In the alternative, the cause in fact of the damages complained of were the acts of Plaintiff or of third parties, which acts should operate as a complete bar to, or diminution of, Plaintiff's recovery.

## FOURTH DEFENSE

To the extent any claim by Plaintiff against the City relies upon conduct by officers or employees of the City, the City specifically pleads that it is entitled to the immunity afforded public officials for discretionary acts under applicable state law pursuant to any and all other statutes and jurisprudence entitling a defendant to immunity under Louisiana state law.

## FIFTH DEFENSE

The City submits that some or all of Plaintiff's claims against the City are frivolous, groundless, and/or unreasonable, and, as such, the City is entitled to an award against Plaintiff for all attorney's fees and costs expended in this matter pursuant to federal law and, if applicable, 42 U.S.C. § 1988.

## SIXTH DEFENSE

The City expressly pleads the affirmative defense that Plaintiff failed to mitigate his damages.

## SEVENTH DEFENSE

All of Plaintiff's claims that arise from his arrest are prescribed or otherwise precluded by the applicable statute of limitations.

## EIGHTH DEFENSE

To the extent Plaintiff's claims for damages arise under the laws of the State of Louisiana, any judgment against the City is subject to the statutory cap on damages set forth in Louisiana

Revised Statutes § 13:5106(B)(1).

**AND NOW, IN FURTHER ANSWERING THE SPECIFIC ALLEGATIONS OF PLAINTIFF'S COMPLAINT:**

**INTRODUCTION**

1.

The allegations set forth in paragraph 1 require no response.

2.

The allegations set forth in paragraph 2 are denied for lack of sufficient information to justify a belief therein.

3.

The allegations set forth in paragraph 3 require no response from this defendant.

4.

The allegations set forth in paragraph 4 are denied for lack of sufficient information to justify a belief therein.

5.

The allegations set forth in paragraph 5 are admitted in part. The City admits that it is a political subdivision of the State of Louisiana and that the New Orleans Police Department ("NOPD") is a department of the City. The City further admits that it employed Defendant Cathey Carter in 1994. The remaining allegations in this paragraph are denied.

6.

The City admits that Defendant Cathey Carter was previously employed with the NOPD as a police detective; the remaining allegations in paragraph 6 require no response.

7.

The allegations set forth in paragraph 7 are denied.

8.

The allegations in paragraph 8 are legal assertions which require no response.

9.

The allegations in paragraph 9 are legal assertions that require no response.

10.

The allegations in paragraph 10 are legal assertions that require no response.

11.

The allegations in paragraph 11 are admitted in part.  The City admits that Plaintiff's arrest and conviction occurred in Orleans Parish.  The remainder of the allegations in paragraph 11 are legal assertions that require no response; to the extent a response is deemed required, the allegations are denied.

12.

The allegations set forth in paragraph 12 are denied for lack of sufficient information to justify a belief therein.

13.

The allegations set forth in paragraph 13 are denied for lack of sufficient information to justify a belief therein.

14.

The allegations set forth in paragraph 14 are denied for lack of sufficient information to justify a belief therein.

15.

The allegations set forth in paragraph 15 are denied.

16.

The allegations set forth in paragraph 16 are denied.

17.

The allegations set forth in paragraph 17 are denied for lack of sufficient information to justify a belief therein

18.

The allegations set forth in paragraph 18 are denied for lack of sufficient information to justify a belief therein.

19.

The allegations set forth in paragraph 19 are denied for lack of sufficient information to justify a belief therein.

20.

The allegations set forth in paragraph 20 are denied for lack of sufficient information to justify a belief therein.

21.

The allegations set forth in paragraph 21 are denied for lack of sufficient information to justify a belief therein.

22.

The allegations set forth in paragraph 22 are denied for lack of sufficient information to justify a belief therein.

23.

The allegations in paragraph 23 are legal assertions that require no response.

24.

The allegations set forth in paragraph 24 are legal assertions that require no response.

25.

The allegations set forth in paragraph 25 are legal assertions that require no response.

26.

The allegations set forth in paragraph 26 are legal assertions which require no response.

27.

The allegations set forth in paragraph 27 are denied for lack of sufficient information to justify a belief therein.

28.

The allegations set forth in paragraph 28 are denied for lack of sufficient information to justify a belief therein.

29.

The allegations in Paragraph 29 are denied for lack of sufficient information to justify a belief therein.

30.

The allegations set forth in paragraph 30 are denied for lack of sufficient information to justify a belief therein.

31.

The allegations set forth in paragraph 31 are denied for lack of sufficient information to justify a belief therein.

32.

The allegations set forth in paragraph 32 are denied for lack of sufficient information to justify a belief therein.

33.

The allegations set forth in paragraph 33 are denied for lack of sufficient information to justify a belief therein.

34.

The allegations set forth in paragraph 34 are denied for lack of sufficient information to justify a belief therein.

35.

The allegations set forth in paragraph 35 are denied for lack of sufficient information to justify a belief therein.

36.

The allegations set forth in paragraph 36 are denied for lack of sufficient information to justify a belief therein.

37.

The allegations set forth in paragraph 37 are denied for lack of sufficient information to justify a belief therein.

38.

The allegations set forth in paragraph 38 are denied for lack of sufficient information to justify a belief therein.

39.

The allegations set forth in paragraph 39 are denied for lack of sufficient information to

justify a belief therein.

40.

The allegations set forth in paragraph 40 are denied for lack of sufficient information to justify a belief therein.

41.

The allegations set forth in paragraph 41 are denied for lack of sufficient information to justify a belief therein.

42.

The allegations set forth in paragraph 42 are denied for lack of sufficient information to justify a belief therein.

43.

The allegations set forth in paragraph 43 are denied for lack of sufficient information to justify a belief therein.

44.

The allegations set forth in paragraph 44 are denied for lack of sufficient information to justify a belief therein.

45.

The allegations set forth in paragraph 45 are denied for lack of sufficient information to justify a belief therein.

46.

The allegations set forth in paragraph 46 are denied for lack of sufficient information to justify a belief therein.

47.

The allegations set forth in paragraph 47 are denied for lack of sufficient information to justify a belief therein.

48.

The allegations set forth in paragraph 48 are denied for lack of sufficient information to justify a belief therein.

49.

The allegations set forth in paragraph 49 are denied for lack of sufficient information to justify a belief therein.

50.

The allegations set forth in paragraph 50 are denied for lack of sufficient information to justify a belief therein.

51.

The allegations set forth in paragraph 51 are denied for lack of sufficient information to justify a belief therein.

52.

The allegations set forth in paragraph 52 are denied for lack of sufficient information to justify a belief therein.

53.

The allegations set forth in paragraph 53 are denied are denied for lack of sufficient information to justify a belief therein.

54.

The allegations set forth in paragraph 54 are denied are denied for lack of sufficient

information to justify a belief therein.

55.

The allegations set forth in paragraph 55 are denied for lack of sufficient information to justify a belief therein.

56.

The allegations set forth in paragraph 56 are denied.

57.

The allegations in paragraph 57 are denied for lack of sufficient information to justify a belief therein.

58.

The allegations in paragraph 58 are denied.

59.

The allegations in paragraph 59 are denied for lack of sufficient information to justify a belief therein.

60.

The allegations in paragraph 60 are denied for lack of sufficient information to justify a belief therein.

61.

The allegations in paragraph 61 are denied for lack of sufficient information to justify a belief therein.

62.

The allegations in paragraph 62 are denied for lack of sufficient information to justify a belief therein.

63.

The allegations in paragraph 63 are denied for lack of sufficient information to justify a belief therein.

64.

The City avers that the publication quoted in paragraph 64 speaks for itself and is the best evidence of its contents.

65.

The allegations in paragraph 65 are denied for lack of sufficient information to justify a belief therein.

66.

The allegations in paragraph 66 are denied for lack of sufficient information to justify a belief therein.

67.

The allegations in paragraph 67 are denied for lack of sufficient information to justify a belief therein.

68.

The allegations in paragraph 68 are denied for lack of sufficient information to justify a belief therein.

69.

The allegations in paragraph 69 are denied for lack of sufficient information to justify a belief therein.

70.

The allegations in paragraph 70 are denied.

71.

The allegations in paragraph 71 are denied.

72.

The allegations in paragraph 72 are denied for lack of sufficient information to justify a belief therein.

73.

The allegations in paragraph 73 are denied.

74.

The City avers that the records of the civil action cited in paragraph 74 are the best evidence of the testimony received at trial and the and subject matter of the lawsuit.

75.

The City avers that the decision of the Civil Service Commission cited in paragraph 75 is the best evidence of the Commission's findings in that case. The remaining allegations are denied for lack of sufficient information to justify a belief therein.

76.

The allegations in paragraph 76 are denied.

77.

The allegations in paragraph 77 are denied.

78.

The allegations in paragraph 78 are denied for lack of sufficient information to justify a belief therein.

79.

The allegations in paragraph 79 are denied for lack of sufficient information to justify a

belief therein.

80.

The allegations in paragraph 80 are denied for lack of sufficient information to justify a belief therein.

81.

The allegations in paragraph 81 are denied for lack of sufficient information to justify a belief therein.

82.

The allegations in paragraph 82 are denied for lack of sufficient information to justify a belief therein.

83.

The allegations in paragraph 83 are denied for lack of sufficient information to justify a belief therein.

84.

The allegations in paragraph 84 are denied for lack of sufficient information to justify a belief therein.

85.

The allegations in paragraph 85 are denied for lack of sufficient information to justify a belief therein.

86.

The allegations in paragraph 86 are denied for lack of sufficient information to justify a belief therein.

87.

The allegations in paragraph 87 are denied for lack of sufficient information to justify a belief therein.

88.

The allegations in paragraph 88 are denied for lack of sufficient information to justify a belief therein.

89.

The allegations in paragraph 89 are denied for lack of sufficient information to justify a belief therein.

90.

The allegations in paragraph 90 are denied for lack of sufficient information to justify a belief therein.

91.

The allegations in paragraph 91 are denied for lack of sufficient information to justify a belief therein.

92.

The allegations in paragraph 92 are denied for lack of sufficient information to justify a belief therein.

93.

The allegations in paragraph 93 are denied for lack of sufficient information to justify a belief therein.

94.

The allegations in paragraph 94 are denied for lack of sufficient information to justify a

belief therein.

95.

The allegations in paragraph 95 are denied for lack of sufficient information to justify a belief therein.

96.

The allegations in paragraph 96 are denied for lack of sufficient information to justify a belief therein.

97.

The allegations in paragraph 97 are denied for lack of sufficient information to justify a belief therein.

98.

The allegations in paragraph 98 are denied for lack of sufficient information to justify a belief therein.

99.

The allegations in paragraph 99 concerning criminal statutes in effect are legal assertions which require no response; the remaining allegations are denied for lack of sufficient information to justify a belief therein.

100.

The allegations in paragraph 100 are denied for lack of sufficient information to justify a belief therein.

101.

The allegations in paragraph 101 are denied for lack of sufficient information to justify a belief therein.

102.

The allegations in paragraph 102 are denied for lack of sufficient information to justify a belief therein.

103.

The allegations in paragraph 103 are denied for lack of sufficient information to justify a belief therein.

104.

The allegations in paragraph 104 are denied for lack of sufficient information to justify a belief therein.

105.

The allegations in paragraph 105 are denied for lack of sufficient information to justify a belief therein.

106.

The allegations in paragraph 106 are denied for lack of sufficient information to justify a belief therein.

107.

The allegations in paragraph 107 are denied for lack of sufficient information to justify a belief therein.

108.

The allegations in paragraph 108 are denied for lack of sufficient information to justify a belief therein.

109.

The allegations in the first sentence of paragraph 109 are denied for lack of sufficient

information to justify a belief therein.

### 110.

The allegations in paragraph 110 are denied for lack of sufficient information to justify a belief therein.

### 111.

The allegations in paragraph 111 are denied for lack of sufficient information to justify a belief therein.

### 112.

The allegations in paragraph 112 are denied for lack of sufficient information to justify a belief therein.

### 113.

The allegations in paragraph 113 are denied for lack of sufficient information to justify a belief therein.

### 114.

The allegations in paragraph 114 are denied for lack of sufficient information to justify a belief therein.

### 115.

The allegations in paragraph 115 are denied for lack of sufficient information to justify a belief therein.

### 116.

The allegations in paragraph 116 are denied for lack of sufficient information to justify a belief therein.

117.

The allegations in paragraph 117 are denied for lack of sufficient information to justify a belief therein.

118.

The allegations in paragraph 118 are denied for lack of sufficient information to justify a belief therein.

119.

The allegations in paragraph 119 are denied for lack of sufficient information to justify a belief therein.

120.

The allegations in paragraph 120 are denied for lack of sufficient information to justify a belief therein.

121.

The allegations in paragraph 121 are denied for lack of sufficient information to justify a belief therein.

122.

The allegations in paragraph 122 are denied for lack of sufficient information to justify a belief therein.

123.

The allegations in paragraph 123 are denied for lack of sufficient information to justify a belief therein.

124.

The allegations in paragraph 124 contain legal conclusions which require no response; to

the extent a response is deemed required, the allegations are denied.

125.

The allegations in paragraph 125 are denied for lack of sufficient information to justify a belief therein.

126.

The allegations in paragraph 126 are denied for lack of sufficient information to justify a belief therein.

127.

The allegations in paragraph 127 are denied for lack of sufficient information to justify a belief therein.

128.

The allegations in paragraph 128 are denied for lack of sufficient information to justify a belief therein.

129.

The allegations in paragraph 129 are denied for lack of sufficient information to justify a belief therein.

130.

The allegations in paragraph 130 are denied for lack of sufficient information to justify a belief therein.

131.

The allegations in paragraph 131 are denied for lack of sufficient information to justify a belief therein.

132.

The allegations in paragraph 132 are denied for lack of sufficient information to justify a belief therein.

133.

The allegations in paragraph 133 are denied for lack of sufficient information to justify a belief therein.

134.

The allegations in paragraph 134 are denied for lack of sufficient information to justify a belief therein.

135.

The allegations in paragraph 135 are denied for lack of sufficient information to justify a belief therein.

136.

The allegations in paragraph 136 are denied for lack of sufficient information to justify a belief therein.

137.

The allegations in paragraph 137 are denied for lack of sufficient information to justify a belief therein.

138.

The allegations in paragraph 138 are denied for lack of sufficient information to justify a belief therein.

139.

The allegations in paragraph 139 are denied for lack of sufficient information to justify a

belief therein.

140.

The allegations in paragraph 140 are denied for lack of sufficient information to justify a belief therein.

141.

The allegations in paragraph 141 are denied for lack of sufficient information to justify a belief therein.

142.

The allegations in paragraph 142 are denied for lack of sufficient information to justify a belief therein.

143.

The allegations in paragraph 143 are denied for lack of sufficient information to justify a belief therein.

144.

The allegations in paragraph 144 are denied for lack of sufficient information to justify a belief therein.

145.

The allegations in paragraph 145 are denied for lack of sufficient information to justify a belief therein.

146.

The allegations in paragraph 146 are denied for lack of sufficient information to justify a belief therein.

147.

The allegations in paragraph 147 are denied for lack of sufficient information to justify a belief therein.

148.

The allegations in paragraph 148 are denied for lack of sufficient information to justify a belief therein.

149.

The allegations in paragraph 149 are denied for lack of sufficient information to justify a belief therein.

150.

The allegations in paragraph 150 are denied for lack of sufficient information to justify a belief therein.

151.

The allegations in 151 are denied for lack of sufficient information to justify a belief therein.

152.

The allegations in paragraph 152 are denied for lack of sufficient information to justify a belief therein.

153.

The allegations in paragraph 153 are denied for lack of sufficient information to justify a belief therein.

154.

The allegations in paragraph 154 are denied for lack of sufficient information to justify a

belief therein.

155.

The allegations in 155 are denied for lack of sufficient information to justify a belief therein.

156.

The allegations in paragraph 156 are denied for lack of sufficient information to justify a belief therein.

157.

The allegations in paragraph 157 are denied for lack of sufficient information to justify a belief therein.

158.

The allegations in paragraph 158 are denied for lack of sufficient information to justify a belief therein.

159.

The allegations in paragraph 159 are denied for lack of sufficient information to justify a belief therein.

160.

The allegations in paragraph 160 are denied for lack of sufficient information to justify a belief therein.

161.

The allegations in paragraph 161 are denied for lack of sufficient information to justify a belief therein.

162.

The allegations in paragraph 162 are denied for lack of sufficient information to justify a belief therein.

163.

The allegations in paragraph 163 are denied for lack of sufficient information to justify a belief therein..

164.

The allegations in paragraph 164 are denied for lack of sufficient information to justify a belief therein..

165.

The allegations in paragraph 165 are denied for lack of sufficient information to justify a belief therein.

166.

The allegations in 166 are denied for lack of sufficient information to justify a belief therein.

167.

The allegations in paragraph 167 are denied for lack of sufficient information to justify a belief therein.

168.

The allegations in paragraph 168 are denied for lack of sufficient information to justify a belief therein.

169.

The allegations in paragraph 169 are denied for lack of sufficient information to justify a

belief therein.

170.

The allegations in paragraph 170 are denied for lack of sufficient information to justify a belief therein.

171.

The allegations in paragraph 171 are denied for lack of sufficient information to justify a belief therein.

172.

The allegations in 172 are denied for lack of sufficient information to justify a belief therein.

173.

The allegations in paragraph 173 are denied for lack of sufficient information to justify a belief therein.

174.

The allegations in paragraph 174 are denied for lack of sufficient information to justify a belief therein.

175.

The allegations in paragraph 175 are denied for lack of sufficient information to justify a belief therein.

176.

The allegations in 176 are denied for lack of sufficient information to justify a belief therein.

177.

The allegations in paragraph 177 are denied for lack of sufficient information to justify a belief therein.

178.

The allegations in paragraph 178 are denied for lack of sufficient information to justify a belief therein.

179.

The allegations in 179 are denied for lack of sufficient information to justify a belief therein.

180.

The allegations in paragraph 180 are denied for lack of sufficient information to justify a belief therein.

181.

The allegations in paragraph 181 concerning the NOPD are denied; the remaining allegations are denied for lack of sufficient information to justify a belief therein.

182.

The allegations in paragraph 182 are legal assertions that require no response.

183.

The allegations in 183 are denied for lack of sufficient information to justify a belief therein.

184.

The allegations in paragraph 184 are denied.

185.

The allegations in paragraph 185 are are denied for lack of sufficient information to justify a belief therein.

186.

The allegations in 186 are denied for lack of sufficient information to justify a belief therein.

187.

The allegation in paragraph 187 that Defendant Carter gave false testimony at trial is denied; the remaining allegations are denied for lack of sufficient information to justify a belief therein.

188.

The allegations in paragraph 188 are denied for lack of sufficient information to justify a belief therein.

189.

The allegations in paragraph 189 are denied.

190.

The allegations in paragraph 190 are denied.

191.

The allegations in paragraph 191 are legal assertions that require no response; to the extent a response is required, the allegations are denied for lack of sufficient information to justify a belief therein.

192.

The allegations in paragraph 192 are denied for lack of sufficient information to justify a

belief therein.

193.

The allegations in paragraph 193 are denied for lack of sufficient information to justify a belief therein.

194.

The allegations in paragraph 194 are denied for lack of sufficient information to justify a belief therein.

195.

The allegations in paragraph 195 are denied for lack of sufficient information to justify a belief therein.

196.

The allegations in paragraph 196 are denied for lack of sufficient information to justify a belief therein.

197.

The allegations in paragraph 197 are denied for lack of sufficient information to justify a belief therein.

198.

The allegations in paragraph 198 are denied.

199.

The allegations in paragraph 199 are denied for lack of sufficient information to justify a belief therein.

200.

The allegations in paragraph 200 are denied for lack of sufficient information to justify a

belief therein.

201.

The allegations in paragraph 201 are denied for lack of sufficient information to justify a belief therein.

202.

The allegations in paragraph 202 are denied for lack of sufficient information to justify a belief therein.

203.

The allegations in paragraph 203 are denied for lack of sufficient information to justify a belief therein.

204.

The allegations in paragraph 204 are denied for lack of sufficient information to justify a belief therein.

205.

The allegations in paragraph 205 are denied for lack of sufficient information to justify a belief therein.

206.

The allegations in paragraph 206 are denied for lack of sufficient information to justify a belief therein.

207.

The allegations in paragraph 207 are denied for lack of sufficient information to justify a belief therein.

208.

The allegations in paragraph 208 are denied for lack of sufficient information to justify a belief therein.

209.

The allegations in paragraph 209 are denied for lack of sufficient information to justify a belief therein.

210.

The allegations in paragraph 210 are denied for lack of sufficient information to justify a belief therein.

211.

The allegations in paragraph 211 are denied for lack of sufficient information to justify a belief therein.

212.

The allegations in paragraph 212 are denied for lack of sufficient information to justify a belief therein.

213.

The allegations in paragraph 213 are denied for lack of sufficient information to justify a belief therein.

214.

The allegations in paragraph 214 are denied for lack of sufficient information to justify a belief therein.

215.

The allegations in paragraph 215 are denied for lack of sufficient information to justify a belief therein.

216.

The allegations in paragraph 216 are denied for lack of sufficient information to justify a belief therein.

217.

The allegations in paragraph 217 are denied for lack of sufficient information to justify a belief therein.

218.

The allegations in paragraph 218 are denied for lack of sufficient information to justify a belief therein.

218.

The allegations in paragraph 218 are denied for lack of sufficient information to justify a belief therein.

219.

The allegations in paragraph 219 are denied for lack of sufficient information to justify a belief therein.

220.

The allegations in paragraph 220 are denied for lack of sufficient information to justify a belief therein.

221.

The allegations in paragraph 221 are denied for lack of sufficient information to justify a belief therein.

222.

The allegations in paragraph 222 are denied for lack of sufficient information to justify a

belief therein.

223.

The allegations in paragraph 223 are denied for lack of sufficient information to justify a belief therein.

224.

The allegations in paragraph 224 are denied for lack of sufficient information to justify a belief therein.

225.

The allegations in paragraph 225 are denied for lack of sufficient information to justify a belief therein.

226.

The allegations in paragraph 226 are denied for lack of sufficient information to justify a belief therein.

227.

The allegations in paragraph 227 are denied for lack of sufficient information to justify a belief therein.

228.

The allegations in paragraph 228 are denied for lack of sufficient information to justify a belief therein.

229.

The allegations in paragraph 229 are denied for lack of sufficient information to justify a belief therein.

230.

The allegations in paragraph 230 are denied for lack of sufficient information to justify a belief therein.

231.

The allegations in paragraph 231 are denied for lack of sufficient information to justify a belief therein.

232.

The allegations in paragraph 232 are denied for lack of sufficient information to justify a belief therein.

233.

The allegations in paragraph 233 are denied for lack of sufficient information to justify a belief therein.

234.

The allegations in paragraph 234 are denied for lack of sufficient information to justify a belief therein.

235.

The allegations in paragraph 235 are denied for lack of sufficient information to justify a belief therein.

236.

The allegations in paragraph 236 are denied for lack of sufficient information to justify a belief therein.

237.

The allegations in paragraph 237 are denied for lack of sufficient information to justify a

belief therein.

238.

The allegations in paragraph 238 are denied for lack of sufficient information to justify a belief therein.

239.

The allegations in paragraph 239 are denied for lack of sufficient information to justify a belief therein.

240.

The allegations in paragraph 240 are denied for lack of sufficient information to justify a belief therein.

241.

The allegations in paragraph 241 are denied for lack of sufficient information to justify a belief therein.

242.

The allegations in paragraph 242 are denied for lack of sufficient information to justify a belief therein.

243.

The allegations in paragraph 243 are denied for lack of sufficient information to justify a belief therein.

244

The allegations in paragraph 244 are denied for lack of sufficient information to justify a belief therein.

245.

The allegations in paragraph 245 are denied for lack of sufficient information to justify a belief therein.

246.

The City incorporates its responses to the preceding paragraphs in response to the allegations in paragraph 246.

247.

The allegations in paragraph 247 are denied for lack of sufficient information to justify a belief therein.

248.

The allegations in paragraph 248 are denied for lack of sufficient information to justify a belief therein.

249.

The allegations in paragraph 249 are denied for lack of sufficient information to justify a belief therein.

250.

The allegations in paragraph 251 are denied for lack of sufficient information to justify a belief therein.

251.

The allegations in paragraph 251 are denied for lack of sufficient information to justify a belief therein.

252.

The allegations in paragraph 252 are denied for lack of sufficient information to justify a belief therein.

253.

The allegations in paragraph 253 are denied for lack of sufficient information to justify a belief therein.

254.

The allegations in paragraph 254 are denied for lack of sufficient information to justify a belief therein.

255.

The allegations in paragraph 255 are denied for lack of sufficient information to justify a belief therein.

256.

The allegations in paragraph 256 are denied for lack of sufficient information to justify a belief therein.

257.

The allegations in paragraph 257 are denied for lack of sufficient information to justify a belief therein.

258.

The allegations in paragraph 258 are denied for lack of sufficient information to justify a belief therein.

259.

The allegations in paragraph 259 are denied for lack of sufficient information to justify a belief therein.

260.

The allegations in paragraph 260 are denied for lack of sufficient information to justify a

belief therein.

261.

The allegations in paragraph 261 are denied for lack of sufficient information to justify a belief therein.

262.

The allegations in paragraph 262 are denied for lack of sufficient information to justify a belief therein.

263.

The allegations in paragraph 263 are denied for lack of sufficient information to justify a belief therein.

264.

The allegations in paragraph 264 are denied for lack of sufficient information to justify a belief therein.

265.

The allegations in paragraph 265 are denied for lack of sufficient information to justify a belief therein.

266.

The allegations in paragraph 266 are denied for lack of sufficient information to justify a belief therein.

267.

The allegations in paragraph 267 are denied for lack of sufficient information to justify a belief therein.

268.

The allegations in paragraph 268 are denied for lack of sufficient information to justify a belief therein.

269.

The allegations in paragraph 269 are denied.

270.

The allegations in paragraph 270 are denied.

271.

The allegations in paragraph 271 are denied.

272.

The allegations in paragraph 272 are denied.

273.

The City incorporates its responses to the preceding paragraphs in response to the allegations in paragraph 273.

274.

The allegations in paragraph 274 contain legal assertions that require no response.

275.

The allegations in paragraph 275 are denied.

276.

The allegations in paragraph 276 are denied.

277.

The City incorporates its responses to the preceding paragraphs in response to the allegations in paragraph 277.

278.

The allegations in paragraph 278 are denied for lack of sufficient information to justify a belief therein.

279.

The allegations in paragraph 223 are denied for lack of sufficient information to justify a belief therein.

280.

The allegations in paragraph 280 are denied.

281.

The allegations in paragraph 281 are denied for lack of sufficient information to justify a belief therein.

282.

The allegations in paragraph 282 are legal assertions that require no response.

283.

The allegations in paragraph 283 are denied for lack of sufficient information to justify a belief therein.

284.

The allegations in paragraph 284 are denied for lack of sufficient information to justify a belief therein.

285.

The City incorporates its responses to the preceding paragraphs in response to the allegations in paragraph 285.

286

The allegations in paragraph 286 are denied for lack of sufficient information to justify a belief therein.

287.

The allegations in paragraph 287 are legal assertions that require no response; to the extent a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

288.

The allegations in paragraph 288 are legal assertions that require no response; to the extent a response is deemed required, the allegations are denied for lack of sufficient information to justify a belief therein.

289.

Paragraph 289 contains a jury demand and requires no response.

290.

The allegations in paragraph 280 constitute a prayer for relief and require no response; to the extent a response is deemed required, the allegations are denied.

**WHEREFORE**, Defendant City of New Orleans prays that, after due proceedings are had, judgment be rendered in its favor, dismissing Plaintiff's Complaint and awarding the City all costs and attorney's fees available under the law.  The City further prays for all other equitable relief appropriate and afforded under the law.

Respectfully submitted,


__/s/_William R.H. Goforth_____
**WILLIAM R.H. GOFORTH, LSB #33153**
ASSISTANT CITY ATTORNEY
**MAX V. CAMP, LSB #34903**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
CITY ATTORNEY
1300 PERDIDO STREET
CITY HALL - ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868
E-MAIL:          wrgoforth@nola.gov

*Counsel for Defendant, City of New Orleans*