UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICK W. BROWN                                             CIVIL ACTION

VERSUS                                                       NO. 24-423

JASON R. WILLIAMS, ET AL                          SECTION "R" (4)

## **O R D E R**

Plaintiff was ordered to obtain a responsive pleading or an entry of default as to defendant City of New Orleans, record document no. 48. A review of the record indicates that an answer has been filed by said defendant, record document no. 49; accordingly,

IT IS ORDERED that the call docket set for March 10, 2025, is satisfied.

New Orleans, Louisiana, this   12th   day of February, 2025.

*[signature: Sarah Vance]*

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE