UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK W. BROWN<br><br>  Plaintiff,<br><br>v.<br><br>JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney,<br><br>  Defendant. | Case No. 2:24-cv-00423-SSV-KWR<br><br>JUDGE:  SARAH S. VANCE<br><br>MAGISTRATE JUDGE: KAREN WELLS ROBY |

## PATRICK W. BROWN'S EX PARTE MOTION TO WITHDRAW ADDITIONAL COUNSEL

Plaintiff Patrick W. Brown respectfully asks this Court to withdraw Chloé M. Chetta (Bar No. 37070) of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C., 909 Poydras Suite 2350, New Orleans, Louisiana, as additional counsel of record for plaintiff Patrick W. Brown. Attorneys William B. Most and Caroline Gabriel of Most & Associates will remain as Brown's counsel of record. Accordingly, Chetta's withdrawal will have no effect on the progress of this case, and this motion should be granted.

Respectfully submitted,

 *s/ William Most*
William Most, La. Bar No. 36914, T.A.
Caroline Gabriel, La. Bar No. 38224
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685 New Orleans, LA 70170
T: (504) 509-5023
williammost@gmail.com

and

                                                *s/ Chloé M. Chetta*
                                        Chloé M. Chetta, 37070, T.A.
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras St., Suite 2350
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
cchetta@barrassousdin.com