UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICK W. BROWN

    Plaintiff,

vi.

JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney,

    Defendant.

Case No. 2:24-cv-00423-SSV-KWR

JUDGE: SARAH S. VANCE

MAGISTRATE JUDGE: KAREN WELLS ROBY

## ORDER

Considering plaintiff Patrick W. Brown's Ex Parte Motion to Withdraw Additional Counsel;

**IT IS HEREBY ORDERED** that Chloé M. Chetta (Bar No. 37070) is withdrawn and terminated as additional counsel of record for the Plaintiff Patrick W. Brown. Attorneys William B. Most and Caroline Gabriel shall remain as counsel of record for Brown.

Done and signed this _____ day of March, 2025.

**JUDGE SARAH S. VANCE**