UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICK W. BROWN                                    CIVIL ACTION

VERSUS                                              NO. 24-423

JASON R. WILLIAMS, ET AL.                           SECTION "R" (4)

### ORDER SETTING SCHEDULING CONFERENCE

IT IS ORDERED that a scheduling conference will be held **BY TELEPHONE** on **June 3, 2025, at 10:00 a.m.** for the purpose of scheduling a pre-trial conference and trial on the merits, and for a discussion of the status of the case and discovery deadlines.

The Court will be represented at the conference by its Case Manager. Counsel is to dial-in to the conference using telephone number: (833) 990-9400, Access Code: 124518418.

**TRIAL COUNSEL** are to participate in this conference. If trial counsel, for good cause, is unable to attend, another attorney in the firm may participate if acquainted with all the details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, counsel must file a motion to continue at least one week before the above date.

As required by Federal Rule of Civil Procedure 26(f) and Local Rule 26.2(A), the parties shall confer **no later than seven business days** before the scheduling conference to consider the nature and basis of their claims and defenses, the possibilities for promptly settling or resolving the case, and their proposed discovery plan.

In accordance with Local Civil Rule 26.2(B), the parties shall provide an oral report outlining their proposed discovery plan at the scheduling conference. The parties shall be prepared to state their views and proposals on each of the topics set out in Rule 26(f)(3). Further, the parties shall report on the status of their Rule 26(a)(1) initial disclosures. If any party objects to making initial disclosures, the parties must file a written report outlining the proposed discovery plan, including the nature of any objections to the initial disclosures, **no later than three business days** before the date of the conference.

In advance of the conference, every party should be familiar with filing their citizenship disclosure statement and ensure compliance with Rule 7.1, which was amended December 31, 2022.

New Orleans, Louisiana, this <u>2nd</u> day of April, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

**NOTICE**

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**