UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN,<br><br>*Plaintiff,*<br><br>JASON R. WILLIAMS, in his official capacity as Orleans Parish Attorney, et al.<br><br>*Defendants.* | Civil Action No. 24-cv-00423<br><br>Section R Judge Sarah S. Vance<br>Division 4 Magistrate Judge<br>Karen Wells Roby |

### DECLARATION OF DAVID B. OWENS

I, David B. Owens, an attorney, under oath and under penalty of perjury, declare as follows:

1. I am an attorney in good standing, and licensed and admitted to practice law in the states of Washington, California, and Illinois.

2. No disciplinary proceedings or criminal charges have ever been instituted against me.

Executed on April 23, 2025 in Seattle, Washington

_____
David B. Owens

1