UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN, | ) |
|     *Plaintiff,* | ) <br> ) Civil Action No. 24-cv-00423 |
| v. | ) <br> ) Section R Judge Sarah S. Vance |
| JASON R. WILLIAMS, in his official capacity as Orleans Parish Attorney, et al. | ) Division 4 Magistrate Judge <br> ) Karen Wells Roby <br> ) |
|     *Defendants.* | ) <br> ) |

### ORDER

Considering the foregoing *Motion for Admission Pro Hac Vice*,

**IT IS ORDERED** that attorney **David B. Owens** be enrolled as counsel of record for the above-captioned matter.

Signed in New Orleans, Louisiana, this 7th day of May, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE