UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK W. BROWN,<br><br>    *Plaintiff*,<br><br>v.<br><br>JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney,<br><br>    *Defendant*. | Civil Action No. 24-00423<br><br>Section R<br>Judge Sarah S. Vance<br><br>Division 4<br>Magistrate Judge Karen Wells Roby |

## JOINT MOTION TO STAY

Plaintiff Patrick Brown, together with Defendants Jason R. Williams, in his official capacity as Orleans Parish District Attorney ("OPDA"), and the City of New Orleans, through undersigned counsel, respectfully request that the Court enter an order continuing the trial date and all pre-trial deadlines and administratively closing and staying the case, subject to being reopened upon motion of any party. Pre-trial deadlines are approaching, and, based on discussions between the parties, the parties believe that additional time to discuss a potential resolution of the case would be helpful before substantial time and resources are spent on trial preparation.

Respectfully submitted,

*/s/ William Most*
William Most, 36914
Caroline Gabriel, 38224
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com

David B. Owens*
LOEVY & LOEVY
311 N. Aberdeen St. 3FL
Chicago, IL 60607
c/o Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110, Seattle, WA 98145-1110
david@loevy.com
* admitted pro hac vice

*Counsel for Patrick Brown*

*/s/ Matthew J. Paul*
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
STANLEY REUTER ALFORD
   OWEN MUNSON & PAUL, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069
wra@stanleyreuter.com
mjp@stanleyreuter.com

*Counsel for Jason R. Williams (in his official capacity as Orleans Parish District Attorney)*

*/s/ William R.H. Goforth*
**William R.H. Goforth, 33153**
Assistant City Attorney
**Max V. Camp, 34903**
Assistant City Attorney
**Corwin St. Raymond, 31330**
Chief Deputy City Attorney
**Donesia D. Turner, 23338**
City Attorney
1330 Perdido Street
City Hall – Room 5E03
New Orleans, Louisiana 70112
Telephone: (504) 658-9800
Fascimile: (504) 658-9868
wrgoforth@nola.gov

*Counsel for City of New Orleans*