UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK W. BROWN, *Plaintiff*, v. JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney, *Defendant*. | Civil Action No. 24-00423<br><br>Section R<br>Judge Sarah S. Vance<br><br>Division 4<br>Magistrate Judge Karen Wells Roby |

### ORDER

Considering the foregoing Joint Motion to Stay, filed by Plaintiff Patrick Brown and Defendants Jason R. Williams, in his official capacity as Orleans Parish District Attorney, and the City of New Orleans;

**IT IS HEREBY ORDERED** that the trial date and all pre-trial deadlines in the Scheduling Order are hereby **VACATED**, and the case is **STAYED** subject to being reopened upon motion of any party.

**IT IS FURTHER ORDERED** that the Clerk of Court shall administratively close the above-captioned matter.

New Orleans, Louisiana, this _____ day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE