UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN<br><br>*Plaintiff*,<br>v.<br><br>JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney, et al.<br><br>*Defendants*. | Civil Action No. 24-00423<br><br>Section R<br>Judge Sarah S. Vance<br><br>Division 4<br>Magistrate Judge Karen Wells Roby |

**PLAINTIFF'S MOTION TO LIFT STAY**

Plaintiff Patrick Brown, through undersigned counsel, respectfully requests that the Court lift the administrative stay, and set a schedule for discovery and trial, and states:

1. On October 10, 2025, the parties jointly moved for an order staying the proceedings, for the purpose of discussing possible settlement of this litigation along with other similar cases pending in this District. Dkt. 61.

2. On the same day, the Court granted this motion, vacated the trial date and all pre-trial deadlines, and ordered the Clerk of Court to administratively close the case. *Id.* That order further provided that the case could be reopened upon the motion of any party.

3. As of this date, the parties have not been able to resolve the litigation, and there appears to be little prospect of reaching a settlement—both globally and in this matter—for pending cases like this one.

4. Plaintiff Patrick Brown wishes to reopen the proceedings and proceed with discovery and trial. Good cause exists to grant this motion, as Mr. Brown's claims have been pending since 2024 and the facts related to this case arise from decades earlier.

5. Indeed, time is of the essence.

6. WHEREFORE Plaintiff respectfully requests this Court lift the administrative stay, set a trial date, and appropriate discovery deadlines commensurate with that trial date.

Respectfully submitted,

Caroline Gabriel, La. Bar No. 38224
William Most, La. Bar No. 36914
Most & Associates
201 St. Charles Ave., Ste. 2500, #9686
New Orleans, LA 70170
(985) 441-9355
caroline.gabriel.ma@gmail.com

*/s/ David B. Owens*
David B. Owens*
LOEVY & LOEVY
c/o Civil Rights and Justice Clinic
University of Washington Law School
William H. Gates Hall, Suite 265
P.O. Box 85110, Seattle, WA 98145-1110
david@loevy.com

**admitted pro hac vice*

CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2026, a copy of *Plaintiff's Motion to Lift Stay* was transmitted to counsel for Defendants.

*/s/ David B. Owens*
David B. Owens