UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN<br><br>*Plaintiff*,<br>v.<br><br>JASON R. WILLIAMS, in his official capacity as Orleans Parish District Attorney, et al.<br><br>*Defendants*. | Civil Action No. 24-00423<br><br>Section R<br>Judge Sarah S. Vance<br><br>Division 4<br>Magistrate Judge Karen Wells Roby<br><br>ORDER |

THIS COURT, having reviewed Plaintiff's Motion to Lift Administrative Stay,

HEREBY ORDERS that the motion is GRANTED, and that the STAY in this matter is LIFTED.

Entered on this 10th Day of November, 2026.

Sarah Vance
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE