UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICK BROWN,<br><br>*Plaintiff,*<br>v.<br><br>JASON R. WILLIAMS, in his official capacity as Orleans Parish Attorney, et al.<br><br>*Defendants.* | Civil Action No. 24-cv-00423<br><br>Section R Judge Sarah S. Vance<br>Division 4 Magistrate Judge<br>Karen Wells Roby |

**DECLARATION OF CHUN HIN TSOI**

I, Chun Hin Tsoi, an attorney, under oath and under penalty of perjury, declare as follows:

1. I am an attorney in good standing, and licensed and admitted to practice law in the state of Washington, The District of Columbia, and the United States Court of Appeals for the D.C. Circuit.

2. No disciplinary proceedings or criminal charges have ever been instituted against me.

Executed on October 30, 2026 in Seattle, Washington.

/s/ Chun Hin Tsoi